No. 03–7193.  VENETUCCI v. LEBLANC, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–7197.  CONTRERAS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7202.  CARRANZA-MALDONADO v. UNITED STATES; and VASQUEZ-CAMPOS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 70 Fed. Appx. 955 (first judgment); 72 Fed. Appx. 576 (second judgment).

No. 03–7203.  CABE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7206.  JETT ET AL. v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7208.  BYRAM v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7209.  MOUNKASSA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7210.  DARR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–7213.  QUALLS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 03–7214.  WILSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7219.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–7222.  JUAREZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–7228.  PRIETO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7235.  CASTILLO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–7242.  ESTRADA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.